No. 73–1438. SOLITRON DEVICES, INC. v. ISLAND TERRITORY OF CURACAO. C. A. 2d Cir. Certiorari denied.

No. 73–1453. AD HOC COMMITTEE ON JUDICIAL ADMINISTRATION ET AL. v. MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.

No. 73–1467. AMERICAN BASKETBALL ASSN. v. AMF VOIT, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–1479. JEFFRESS v. KRAMER ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–1489. CHARM PROMOTIONS, LTD. v. TRAVELERS INDEMNITY Co. C. A. 7th Cir. Certiorari denied.

No. 73–1505. BALLENGER ET AL. v. MOBIL OIL CORP. C. A. 5th Cir. Certiorari denied.

No. 73–1506. HARLAN #4 COAL CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 73–1519. CROSBY & CO., INC. v. COMPAGNIE NATIONALE AIR FRANCE, AKA AIR FRANCE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 73–5732. SHRIVER v. UNITED STATES; and
No. 73–5893. MARX v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5789. McGONAGLE v. UNITED STATES; and
No. 73–5996. FERREIRA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.